01-15-00626-CV

Filed on 7/22/2015 3:27:23 PM

**OFFICE OF STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/22/2015 3:35:07 PM
CHRISTOPHER A. PRINE
Clerk

July 22, 2015

1st Court of Appeals
301 Fannin
Houston, Texas 77002

CCCL-2015-248524

## LETTER OF ASSIGNMENT

Trial Court Docket Number: 1063370
Trial Court Number: Three (3)

**Style:**

| WILLIE H. ELLISON, BARBARA J. VISER AND ALL OCCUPANTS | VS. | 2515 CAROLINE LTD |
|---|---|---|
| APPELLANT(S) | | APPELLEE(S) |

**Judge:** LINDA STOREY

**Appellant(s) Attorney:**
James Minerve, No. 24008692
115 Saddle Blanket Trail
Buda, Texas 78610
Phone: (210) 336-5867
Fax: (888) 230-6397
E-Mail: jgminever@aol.com

**Appellee(s) Attorney:**
Rex L. Kesler, No. 11357500
2311 Canal Street Suite 304
Houston, Texas 77003
Phone: (281) 501-3098
Fax: (281) 501-3191
E-Mail: keslerhearings@gmail.com

Willie H. Ellison, Barbara J. Viser, and all occupants appellant, filed a Notice of Appeal on July 17, 2015 from the Final Judgment that was signed on July 8, 2015.

The Clerk's Record is due to your office on or before September 7, 2015.

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk
P.O. Box 1525
Houston, TX 77251-1525
(713) 755-6421

1

**Cause No. 1063370**

| | | |
|---|---|---|
| 2515 CAROLINE, LTD., <br>     *Plaintiff,* | § <br> § <br> § | IN THE COUNTY COURT |
| v. | § <br> § | AT LAW NUMBER THREE (3) |
| WILLIE H. ELLISON, BARBARA J. VISER, and All Occupants of 3503 Mosley Court, Houston, Texas 77004, <br>     *Defendants.* | § <br> § <br> § <br> § | HARRIS COUNTY, TEXAS |

**DEFENDANTS' NOTICE OF APPEAL OF EVICTION JUDGMENT**

On July 8, 2015 came to be heard the above entitled and numbered cause. After hearing and considering pleadings, evidence and argument, the Court found that the Plaintiff is entitled to judgment. The Defendants hereby request to appeal the judgment of this court to the First (1st) Court of Appeals for the state of Texas.

Respectfully submitted,

/s/ James Minerve

By:     _____

James Minerve
State Bar No. 24008692
115 Saddle Blanket Trail
Buda, Texas 78610
(888) 819-1440 Office
(210) 336-5867 Direct
(888) 230-6397 Fax
Email: jgminerve@aol.com
Attorney for Defendants

---

DEFENDANTS' NOTICE OF APPEAL

Page 1

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the attached Defendants' Notice of Appeal was sent to Plaintiff in accordance with the Texas Rules of Civil Procedure on July _____, 2015 to:

Via Fax: 281.749.8156

Jonathan Adler
2515 Caroline, Ltd.
5 Town Oaks Pl.
Bellaire, Texas 77401

/s/ James Minerve

James Minerve

**"CLOSED"** CAUSE NO. *1063370*

*2515 Caroline, Ltd,* ,et al,
PLAINTIFF

VS

*Willie Ellison* ,et al
DEFENDANT

ψ IN THE COUNTY CIVIL COURT

ψ AT LAW NUMBER THREE (3)

ψ HARRIS COUNTY, TEXAS

## JUDGMENT

On this the *8th* day of *July*, 20*15* in the above entitled and numbered cause, came *2515 Caroline, Ltd,* Plaintiff (hereinafter referred to "Plaintiff") and announced ready for trial. *Willie Ellison* Defendant*S* (hereinafter referred to "Defendant") *and Barbara Viser,*

☑ Having been duly notified of the trail setting, failed to appear.

☐ Also announced ready for trial.

Trial proceeded without the intervention of a jury, no jury fee having been paid. The Court after considering the pleadings, evidence and arguments of the parties, is of the opinion that Defendants are guilty of forcible detainer of the hereinafter described premises and that Plaintiff, have and recover from Defendant.

☑ Possession of the property made the basis of this suit.

☐ Damages in the amount of $_____. It is therefore,

☐ ORDERED, ADJUDGED AND DECREED that Plaintiff *2515 Caroline, Ltd.* *and Willie Ellison and Barbara Viser* have recover from Defendant*S* _____ possession of the premise*S* located at *3503 Mosley Court,* _____ (address) *Houston* (city), *Harris* (county), Texas *77004* (zip); that a Writ of Possession issue to the proper officer commanding him to seize

**4**

possession of said premise and deliver same to Plaintiff after said Writ of Possession has been duly filed by Plaintiff if Defendants have not vacated the herein described premises by _July 1, 2015_ (date).

It is further ORDERED, ADJUDGED AND DECREED that _2515 Caroline, Ltd.,_ Plaintiff _herein_, have and recover judgment against _Willie Ellison and Barbara Viser, jointly and severally, for_ Defendants _Willie Ellison_ ~~in the amount of $ 1,___~~ and all taxable court cost, together post-judgment interest rate of __5__ % per annum from the date of judgment until paid in full. Any money in the Court registry will be credited towards the judgment.

All matters not expressed granted herein are hereby denied

**JUL 0 8 2015**

SIGNED THIS _____ DAY OF _____, 20___.


_____
JUDGE PRESIDING

FILED
2015 JUL -8 PM 4:26
COUNTY CLERK
HARRIS COUNTY TEXAS